**Order entered May 5, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00313-CR
No. 05-20-00316-CR
No. 05-20-00317-CR

**HARVEY LEWIS SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83735-2018 (counts 1, 10 & 7)**

**ORDER**

Before the Court is court reporter Robyn Rodriguez's April 30, 2020 request for an extension of time to file the reporter's record. On March 18, 2020, the district court notified us that a timely motion for new trial had been filed. Thus, the reporter's record is due June 26, 2020. In light of this, we **DENY** Ms. Rodriguez's request as premature.

/s/    BILL PEDERSEN, III
         JUSTICE